# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00065-002                     DATE: August 01, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 9:46:24 - 9:51:50
CSO: B. Benavente

**APPEARANCES:**
Defendant: Ju Mi An Fernandez                 Attorney: Mark Smith
 Present   Custody   Bond   P.R.               Present   Retained   FPD   CJA
U.S. Attorney: Marivic P. David               U.S. Agent: John Duenas, I.C.E.
U.S. Probation: Stephen Guilliot              U.S. Marshal: D. Punzalan / T. Muna
Interpreter:                                  Language:

**PROCEEDINGS:** Initial Appearance on an Indictment and Arraignment
- Financial Affidavit reviewed and accepted: Mark Smith appointed to represent the defendant.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Defendant asserted her right to Speedy Trial and entered a plea of: Not guilty
- Trial set for: September 25, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: