DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**JU MI AN FERNANDEZ,**<br><br>Defendant. | **CRIMINAL CASE NO. 07-00065-002**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **MARK SMITH** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to July 31, 2007.

Dated this 1st day of August, 2007.

_____
**FRANCES M. TYDINGCO-GATEWOOD, Chief Judge
DISTRICT COURT OF GUAM**

ORIGINAL