# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

JU MI AN FERNANDEZ

**WARRANT FOR ARREST**

Case Number: CR-07-00065-002

*FILED*
*DISTRICT COURT OF GUAM*
*AUG 0 1 2007*
*MARY L.M. MORAN*
*CLERK OF COURT*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JU MI AN FERNANDEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Count 1 - Marriage Fraud, 8 U.S.C. § 1324(c) and 18 U.S.C. § 2
Count 3 - Perjury, 18 U.S.C. §§ 2 and 1621

*US MARSHALS SERVICE-GUAM*
*RECEIVED JUL 25 2007*

in violation of Title _____ United States Code, Section(s) _____

WALTER M. TENORIO
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

7/25/2007          Hagatna, Guam
Date               Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at GUAM |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/25/07 | | Clark Marquez USMS signed for |
| DATE OF ARREST 7/31/07 | John Duenas, SA, ICE | SA John Duenas [signature] |

**ORIGINAL**

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____JU MI AN FERNANDEZ_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: