DAVID J. LUJAN, ESQ.,
LUJAN AGUIGUI & PEREZ LLP
Attorney at Law
Pacific News Building, Suite 309
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 475-5055
Facsimile (671) 477-5445

*Attorney for Ju Mi An aka Ju Mi Fernandez*

FILED
DISTRICT COURT OF GUAM
SEP 1 4 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE CR07-00065 |
| Plaintiff, | |
| vs. | SUBSTITUION OF ATTORNEY |
| JU MI AN aka JU MI FERNANDEZ, | |
| Defendant. | |

Defendant, JU MI AN aka JU MI FERNANDEZ, hereby substitutes the Law Office of LUJAN AGUIGUI & PEREZ LLP, as Attorney of Record in place of Mark S. Smith.

Dated: 09/14/07

_____
JU MI AN aka JU MI FERNANDEZ.

The Law Offices of Mark S. Smith agree to the above substitution and hereby withdraw as Attorney of Record for Defendant herein.

Dated:

THE LAW OFFICE OF MARK S. SMITH
ATTORNEY FOR DEFENDANT.

BY: _____
MARK S. SMITH.

Substitution of Attorney
USA vs. JU MI AN aka JU MI FERNANDEZ
CR07-00065-02
F-0...
ORIGINAL
Case 1:07-cr-00065  Document 26  Filed 09/14/2007  Page 1 of 2

1  The Law Offices of LUJAN AGUIGUI & PEREZ LLP hereby enters its appearance as
2  Attorney of Record for Defendant herein.
3  Dated: 9-12-07

LUJAN AGUIGUI & PEREZ LLP,
ATTORNEYS FOR DEFENDANT.

BY: _____,
DAVID J. LUJAN.

Substitution of Attorney
USA vs. JU MI AN aka JU MI FERNANDEZ
CR07-00065-02