**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Ju Mi An aka Ju Mi Fernandez*

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE 07-00065 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JU MI AN aka JU MI FERNANDEZ, | ) | |
| Defendant. | ) | |

Based upon the written stipulation of counsel and with the concurrence of the Defendant, the Court hereby approves the substitution of counsel filed on September 14, 2007. The Law Office of LUJAN AGUIGUI & PEREZ LLP is hereby substituted as retained counsel for the Defendant, in place previously appointed counsel Mark S. Smith.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Sep 19, 2007**

ORDER
USA vs. Ju Mi An aka Ju Mi Fernandez
CR07-00065

- -

Case 1:07-cr-00065    Document 27    Filed 09/19/2007    Page 1 of 1