IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA

CASE NO.: CR-07-00065  DATE: October 16, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 8:21:48 - 8:50:40
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Ju Mi An Fernandez  Attorney: Peter C. Perez
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent: Richard Flores, Immigration & Customs Enforcement
U.S. Probation: Stephen Guilliot  U.S. Marshal: D. Punzalan / T. Muna
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to plea agreement.
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Guilty Count III
- Report and Recommendation executed by the Court.
- Sentencing set for: January 14, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: December 10, 2007
- Response to Presentence Report: December 24, 2007
- Final Presentence Report due to the Court: January 7, 2008
- Defendant to remain in custody.

NOTES: