IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JU MI AN FERNANDEZ,<br><br>    Defendant. | CRIMINAL CASE NO. 07-00065<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count III of an Indictment charging her with Perjury, in violation of 18 U.S.C. §§ 2 and 1621 is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on January 14, 2008, at 9:30 a.m.

IT IS SO ORDERED.

DATED.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Oct 30, 2007**