**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Ju Mi An Fernandez*

FILED
DISTRICT COURT OF GUAM
JAN 0 7 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JU MI AN FERNANDEZ, <br><br> Defendant. | CRIMINAL CASE NO.CR07-00065-02 <br><br> **DEFENDANT'S PRESENTENCE INVESTIGATION REPORT RESPONSES** |

The Defendant responds to the Draft Presentence Investigation Report submitted on December 6, 2007, as follows, *inter alia*:

1. Paragraphs 10-20, *The Offense Conduct*:

Defendant admits to all stipulated facts in her Plea Agreement, paragraph 6. The Defendant objects to any other facts alleged which may detrimentally impact her sentence, including but not limited to any facts alleged in PSR paragraphs 10-20 which have not been proved by the Government.

2. Paragraph 52:

Defendant agrees that U.S.S.G. 5C1.1(d) permits a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention according to a schedule of substituted punishment, provided that at least one-half of the minimum term is satisfied by imprisonment. Defendant has been confined continuously since on

or about July 31, 2007, a period of approximately five (5) months, or one-half of the guideline minimum of ten (10) months. Defendant respectfully requests that should the Court apply the advisory guidelines that it impose a sentence of ten (10) months with half of the time satisfied by home confinement, specifically, permitting the Defendant to voluntarily depart the United States upon sentencing. Alternatively, the Defendant requests that the Court impose a sentence of ten (10) months satisfied by five (5) months of incarceration and an additional five (5) or less months during which immigration officials process her for deportation voluntary or otherwise. Alternatively, as the guidelines are advisory only, and the Court has the discretion to impose an appropriate sentence, and because the Defendant will be departing the United States, the Defendant respectfully requests that the Court sentence her to a sentence of time served.

3. Conclusion:

Defendant agrees that her adjusted offense level is 12 with a sentencing range of 10-16 months. Defendant respectfully requests imposition of a sentence of ten (10) months or less, with credit for time served, and with leave to depart to Korea immediately after sentencing.

DATED this 7th day of January, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez

PETER C. PEREZ, ESQ.
*Attorneys for Defendant Ju Mi An Fernandez*

F-0019/871-00/0871/PCP/DJL/dmg

2

*USA vs. Ju Mi An Fernandez*
Criminal Case No. CR07-00065-02
Defendant's Presentence Investigation Report Response

Case 1:07-cr-00065  Filed 01/07/2008  Page 2 of 2