# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00065-002　　　　　　　　　　　　DATE: January 14, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez　　Carmen B. Santos | Electronically Recorded: 9:36:16 - 9:48:52 |
| CSO: B. Benavente | |

---

**APPEARANCES:**

Defendant: Ju Mi An Fernandez　　　　　　　　　Attorney: Peter C. Perez
　　Present　Custody　Bond　P.R.　　　　　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Karon Johnson　　　U.S. Agent: R. Flores, Immigration and Customs Enforcement
U.S. Probation: Stephen Guilliot　　U.S. Marshal: T. Muna/J. Punzalan
Interpreter:　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Sentencing**

- Parties stipulated to a brief continuance to allow interview of defendant by case agent.
- Proceedings continued to: January 24, 2008 at 1:30 p.m.

NOTES: