# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00065-002　　　　　　　　　　DATE: January 24, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim Walmsley　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos　　Electronically Recorded: 1:47:23 - 2:04:21
CSO: B. Benavente

**APPEARANCES:**

Defendant: Ju Mi An Fernandez　　　　　　　Attorney: Peter C. Perez
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　U.S. Agent: R. Flores, Immigration and Customs Enforcement
U.S. Probation: Stephen Guilliot　U.S. Marshal: T. Muna/R. Lumagui
Interpreter:　　　　　　　　　　Language:

**PROCEEDINGS:** Sentencing

- Government's request to continue sentencing so that she may consult with Agent Duenas regarding identity of informant <u>granted</u>. Counsel to notify court of results of inquiry.
- Proceedings continued to <u>February 13, 2008 at 10:30 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: