# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM**

**UNITED STATES OF AMERICA**

V.

**JU MI AN FERNANDEZ**

## NOTICE

CASE **CR-07-00065-002**

TYPE OF CASE:

CIVIL     X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X  TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | February 13, 2008 at 10:30 A.M. | February 14, 2008 at 9:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 7, 2008
DATE

Virginia T. Kilgore
/s/ (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Lujan, Aguigui and Perez LLP
     U.S. Probation Office
     U.S. Marshals Service