# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-07-00065-002                    DATE: February 14, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore         Electronically Recorded: 11:59:05 - 12:16:53
CSO: J. McDonald / J. Lizama

**APPEARANCES:**

Defendant:  Ju Mi An Fernandez                Attorney:  Peter C. Perez

☑Present ☑Custody ☐Bond ☐P.R.                ☑Present ☑Retained ☐FPD ☐CJA

U.S. Attorney: Karon Johnson        U.S. Agent: Richard Flores, Immigration and Customs Enforcement
U.S. Probation: Stephen Guilliot    U.S. Marshal: T. Muna / V. Roman
Interpreter:                        Language:

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>10 Months with credit for time served (approximately 183 days).</u>
- The court may suspend the remaining term of imprisonment on the condition that defendant be deported to Korea either voluntarily or involuntarily.
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>Two years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:  Oral motion by the Government to dismiss Count 1 granted.